448 A.2d 1177

Gaertner, Appellant v. Smith, Inc.

Petition for Allowance of Appeal Denied Jan. 7, 1983.

 Argued May 19, 1982. John F. Becker, for appellant; Robert C. Little, for appellee.

Before HESTER, McEWEN and JOHNSON, JJ.

The judgment is affirmed.